IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CURTIS J. PIDGEON,

        Petitioner,                        SCHEDULING ORDER

    v.

JUDY SMITH,                                      13-cv-57-bbc

        Respondent

---

    At a January 22, 2014 telephonic status conference with counsel for both sides, the court discussed and set the schedule for future proceedings. Not later than April 11, 2014, each side must file a pre-hearing brief with the court previewing what the court should expect at the evidentiary hearing. Not later than April 18, 2014, each side may file a response to its opponent's first brief.

    The court shall hold an evidentiary hearing on April 25, 2014 at 9:00 a.m. The parties predict the hearing will take half a day. The parties are to work together to streamline the evidentiary hearing as much as possible. The court is available to assist with this process. The parties had no other matters to bring to the court's attention.

    Entered this 22nd day of January, 2014.

                                                          BY THE COURT:

                                                          /s/

                                                          STEPHEN L. CROCKER
                                                          Magistrate Judge