IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CURTIS J. PIDGEON,

    Petitioner,

v.

JUDY P. SMITH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-57-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered granting the petition of Curtis J. Pidgeon for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is to be released within 60 days of the issuance of this court's mandate unless the state advises the court before then that it intends to provide petitioner a prompt trial.

Approved as to form this 2d day of September, 2014.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_                              9/2/14
Peter Oppeneer, Clerk of Court                Date