IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURTIS J. PIDGEON,

      Petitioner,

v.                                   Case No. 13-cv-57-bbc

JUDY P. SMITH,

      Respondent.

## RESPONDENT'S NOTICE OF APPEAL

Notice is now given pursuant to Fed. R. App. P. 3(a) and (c) and 4(a)(1)(A) that respondent Judy P. Smith appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment granting petitioner Curtis J. Pidgeon's petition for a writ of habeas corpus, entered September 2, 2014, by the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb, United States District Judge, presiding.

Dated at Madison, Wisconsin, this 1st day of October, 2014.

                                        J.B. VAN HOLLEN
                                        Attorney General of Wisconsin

                                        /s/ William L. Gansner

                                        WILLIAM L. GANSNER
                                        Assistant Attorney General
                                        State Bar #1014627

                                        Attorneys for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-3539
(608) 266-9594 (Fax)
gansnerwl@doj.state.wi.us